1  MACKENROTH LAIRD & LYNES, LLP
   RALPH E. LAIRD (166984)
2  134 Almond Street, Auburn, CA 95603
   Tel: 530-889-1912 / Fax: 530-889-1962
3
   Attorneys for Plaintiff
4  AMCO INSURANCE COMPANY

5

6  MICHAEL J.F. SMITH, A PROFESSIONAL
   LAW CORPORATION
   MICHAEL J.F. SMITH (109426)
7  790 West Shaw Avenue, Suite 265
   Fresno, CA 93755
8  Tel: 559-229-3900 / Fax: 559-229-3903

9  Attorneys for Defendants
   DEMERA DEMERA CAMERON,
10 HOWARD J. DEMERA, and MARK
   D. CAMERON

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| AMCO INSURANCE COMPANY, an Iowa corporation, | Case No. CIV-S-03-1051 LKK JFM |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | STIPULATION AND ORDER DISMISSING ACTION |
| DEMERA DEMERA CAMERON, A California Professional Accounting Corporation; HOWARD J. DEMERA; MARK D. CAMERON; and DOES 1-50, | |
| Defendants. | |

Plaintiff AMCO INSURANCE COMPANY and Defendants DEMERA DEMERA CAMERON, A California Professional Accounting Corporation, HOWARD J. DEMERA and MARK D. CAMERON, by and through their respective counsel of record, hereby stipulate:

1. That all parties to this case have reached a final settlement.

2. That the Complaint in this case shall be dismissed in its entirety, with prejudice as to all defendants, each party to bear their own fees and costs.

3. To an Order by this Court dismissing plaintiff's Complaint as stipulated herein.

IT IS SO STIPULATED.

Dated:_____, 2006                    MACKENROTH LAIRD & LYNES, LLP


                                        By: /signature on original
                                        RALPH E. LAIRD
                                        Attorneys for Plaintiff
                                        AMCO INSURANCE COMPANY


Dated:_____, 2006                    MICHAEL J.F. SMITH,
                                        A PROFESSIONAL LAW CORPORATION


                                        By: /signature on original
                                        MICHAEL J.F. SMITH
                                        Attorneys for Defendants
                                        DEMERA DEMERA CAMERON,
                                        HOWARD J. DEMERA, and
                                        MARK D. CAMERON


**ORDER DISMISSING COMPLAINT**

Based on the foregoing Notice of Settlement and the Stipulation of the Parties, IT IS HEREBY ORDERED that Plaintiff AMCO INSURANCE COMPANY's Complaint shall be dismissed in its entirety, with prejudice. Each party shall bear their own fees and costs.

IT IS SO ORDERED.

Dated: June 1, 2006.

_____
HONORABLE LAWRENCE K. KARLTON